UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUZZFEED, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 19-1977 (EGS) |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendants, the U.S. Department of Justice and the Federal Bureau of Investigation (the "FBI") (collectively, "Defendants"), respectfully move for summary judgment. As set forth in the accompanying memorandum of points and authorities, Defendants are entitled to judgment on the Complaint brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, by Plaintiff Buzzfeed, Inc. ("Plaintiff") because the FBI (1) conducted a reasonable search for records responsive to Plaintiff's FOIA request; (2) properly withheld duplicative information and information under FOIA Exemptions 4, 6, 7(A), 7(C), 7(D), or 7(E), 5 U.S.C. §§ 552(b)(4), (6), (7)(A), (7)(C), (7)(D), (7)(E); and (3) has satisfied its segregability obligations.

A statement of undisputed material facts and a proposed order are attached.

- 2 -

Dated: July 23, 2021
      Washington, DC

Respectfully submitted,

CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division


By:       /s/ *Michael A. Tilghman II*
    MICHAEL A. TILGHMAN II
    D.C. Bar #988441
    Assistant United States Attorney
    555 Fourth Street, NW
    Washington, DC 20530
    (202) 252-7113
    Michael.Tilghman@usdoj.gov

*Attorneys for the United States of America*